ON CONCESSION OF ERROR

PER CURIAM.
Appellant, Alexis J. Figueroa, appeals the postconviction court’s order denying *370 his Florida Rule of Criminal Procedure 3.800(a) motion to correct illegal sentence. He argues that his fifty-year prison sentence for robbery with a weapon in' violation of section 812.13(2)(b), Florida Statutes (2006), is illegal because robbery with a weapon is a first-degree felony, punishable by a maximum term of imprisonment of thirty years. See § 775.082(3)(b), Fla. Stat. (2006); see also Santiago v. State, 147 So.3d 1067, 1058 (Fla. 3d DCA 2014) (“Robbery with á non-deadly weapon is a first-degree' felony and,' generally, the maximum sentence permitted by [sections 775.082(3)(b) and 812.13(2)(b)] for this crime is thirty years.”). The State has commendably conceded error.
Accordingly, we reverse the postconviction court’s order denying Appellant’s motion to correct illegal sentence and remand for resentencing.[1]
REVERSED and REMANDED.
PALMER, EVANDER, and LAMBERT, JJ., concur.

. Appellant is also serving sentences on other convictions imposed in the underlying case.
These sentences are not affected.